STATE of Missouri, Plaintiff-Respondent,

v.

Robert LOMACK, Defendant-Appellant.

No. WD 32979.

Missouri Court of Appeals, Western District.

June 22, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 3, 1982.

Application to Transfer Denied Sept. 13, 1982.

William M. Barvick, Jefferson City, for defendant-appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before SHANGLER, P. J., and PRITCHARD and DIXON, JJ.

ORDER

PER CURIAM:

Direct appeal from conviction of murder in the second degree and fifty-year sentence.

Judgment and conviction affirmed. Rule 84.16(b).